# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

**SEALED**

United States of America
v.
Joshuaed ROSARIO (YOB 1986, USA)

*Defendant(s)*

Case No. 7:18 mj 2585

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 1, 2018** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to possess with intent to distribute more than 500 grams of |
| 21 USC 841(a)(1)(B) | cocaine, a Schedule II controlled substance |

This criminal complaint is based on these facts:

see attached

☑ Continued on the attached sheet.

approved by
AUSA

_____
*Complainant's signature*

Matthew Dolengowski, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/19/2018 — 8:52 A

_____
*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

**Attachment I**

On October 24, 2018, DEA McAllen Special Agents received information that Joshuaed ROSARIO (hereafter ROSARIO) was coordinating with a known drug trafficker in the Rio Grande Valley to send a parcel of narcotics to 8540 East 4th Avenue, Unit 8, Anchorage, Alaska, 99504. Record checks revealed and source information confirmed that this address was ROSARIO's address in Anchorage, Alaska.

DEA McAllen Special Agents contacted Anchorage Alaska Postal Inspector Services and DEA Anchorage regarding the pending shipment. DEA McAllen Special Agents advised that the package could possibly contain narcotics. On November 1, 2018, agents executed a search warrant for the package and agents seized approximately 1.01 kilograms of cocaine.

On November 2, 2018, DEA McAllen Special Agents received information that ROSARIO was traveling to the McAllen area to coordinate additional loads of cocaine to be sent to Alaska.

On November 3, 2018, agents conducted a surveillance operation and observed ROSARIO meet with another individual at the airport in Brownsville, Texas.

On November 5, 2018, DEA Special Agents were able to introduce an undercover agent to the DTO and meet with ROSARIO. During the recorded undercover meeting ROSARIO negotiated the purchase of ten (10) kilograms of cocaine from the undercover agent. In the days following the meeting ROSARIO also communicated on the telephone with the undercover agent regarding the pending cocaine transaction.